**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

In Re:  Darnell Anthony Price                  Case No. 20-10964-KHK
                                                Chapter 13

**NOTICE OF OBJECTION TO DEBTOR'S CHAPTER 13 PLAN AND HEARING THEREON**

Real Property at 3640 Briarwood Drive, Dumfries, Virginia  22026

Caliber Home Loans, Inc. herein, has filed papers with the court objecting to debtor's chapter 13 plan. Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

The hearing is scheduled for **June 11, 2020 at 1:30 p.m.** at Judge Kindred's Courtroom, 200 S. Washington Street, 3rd Floor, Courtroom III, Alexandria, VA 22314.

/s/ Abby K. Moynihan, Esq.
Abby K. Moynihan, Esq.
Attorney for Secured Creditor
Bar No. 79686
McCabe, Weisberg & Conway, LLC
312 Marshall Avenue, Suite 800
Laurel, MD 20707
301-490-1196
bankruptcyva@mwc-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 16, 2020 I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing pleading will be served electronically by the Court's CM/ECF system on the following:

20-704650

**Martin C. Conway**
Conway Law Group, PC
12934 Harbor Drive
Suite 107
Woodbridge, VA 22192

**Thomas P. Gorman**
300 N. Washington St. Ste. 400
Alexandria, VA 22314

**John P. Fitzgerald, III**
Office of the U.S. Trustee - Region 4
1725 Duke Street
Suite 650
Alexandria, VA 22314

I hereby further certify that on April 16, 2020, a copy of the foregoing pleading was also mailed

first class mail, postage prepaid to:

**Darnell Anthony Price**
3640 Briarwood Drive
Dumfries, VA 22026
(Via U.S Mail)

                                            */s/ Abby K. Moynihan, Esq.*
                                            Abby K. Moynihan, Esq.

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

In Re:   Darnell Anthony Price                           Case No. 20-10964-KHK
                                                          Chapter 13

### OBJECTION BY SECURED CREDITOR TO PROPOSED PLAN

Comes now the secured creditor, Caliber Home Loans, Inc., which holds a Deed of Trust secured by the Debtor's real property at 3640 Briarwood Drive, Dumfries, Virginia  22026, by and through its attorney, Abby K. Moynihan, Esq., and objects to the proposed plan and to confirmation and for reason therefore states as follows:

1.  The Debtor has proposed a plan which includes a total payment of $7,635.00 for arrearages owed to Caliber Home Loans, Inc.

2.  The secured creditor Caliber Home Loans, Inc. anticipates filing a Proof of Claim with pre-petition arrearages due in the approximate amount of $14,396.94.

3.  The plan as proposed by the Debtor would therefore be insufficient to pay the claim of Caliber Home Loans, Inc.

Wherefore the Secured Creditor prays this court to enter an Order

1.  Denying confirmation of the proposed Chapter 13 Plan, or alternatively

2.  Modifying the Chapter 13 Plan to provide for payment in full of the Claim filed by the secured creditor, or alternatively

3.  For such other and further relief as the Court deems appropriate.

20-704650

Respectfully submitted:

*/s/ Abby K. Moynihan, Esq.*
Abby K. Moynihan, Esq.
Attorney for Secured Creditor
Bar No. 79686
McCabe, Weisberg & Conway, LLC
312 Marshall Avenue, Suite 800
Laurel, MD 20707
301-490-1196
bankruptcyva@mwc-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2020 I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing pleading will be served electronically by the Court's CM/ECF system on the following:

**Martin C. Conway**
Conway Law Group, PC
12934 Harbor Drive
Suite 107
Woodbridge, VA 22192

**Thomas P. Gorman**
300 N. Washington St. Ste. 400
Alexandria, VA 22314

**John P. Fitzgerald, III**
Office of the U.S. Trustee - Region 4
1725 Duke Street
Suite 650
Alexandria, VA 22314

20-704650

I hereby further certify that on April 16, 2020, a copy of the foregoing pleading was also mailed first class mail, postage prepaid to:

**Darnell Anthony Price**
3640 Briarwood Drive
Dumfries, VA 22026
(Via U.S Mail)

                                                */s/ Abby K. Moynihan, Esq.*
                                                Abby K. Moynihan, Esq.

20-704650